Jeremy Branch, Esq. (SBN:303240)
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St. Suite 201
Temecula, CA 92590
T: (866) 329-9217 ext. 1009
F: (714) 362-0097
E: JeremyB@jlohman.com
*Attorney for Plaintiff, Jeffrey Richards*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JEFFREY RICHARDS, | ) Case No. 8:21−cv−00522-CJC (ADSx) |
| Plaintiff, | ) |
| -v- | ) **NOTICE OF SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS INC., | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff JEFFREY RICHARDS ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS INC ("Experian") have reached a settlement in principle in the above-captioned matter. The parties anticipate filing a Joint Stipulation of Dismissal once settlement documents are executed. Therefore, Plaintiff respectfully requests thirty (30) days in order to complete settlement documents and notify this honorable Court of dismissal.

**NOTICE OF SETTLEMENT**

1                                     Respectfully submitted,

Dated: April 21, 2022        */s/ Jeremy E. Branch*
                                          Jeremy Branch – Bar #303240
                                          The Law Offices of Jeffrey Lohman, P.C.
                                          28544 Old Town Front Street, Suite 201
                                          Temecula, CA 92590
                                          Tel. (866) 329-9217 ext. 1009
                                          Fax: (657) 246-1312
                                          Email: jeremyb@jlohman.com
                                          Attorney for Plaintiff, JEFFREY RICHARDS

**NOTICE OF SETTLEMENT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2022, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notice all attorneys of record.

By:<u>*/s/ Jeremy E. Branch*</u>
Jeremy E. Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: *jeremyb@jlohman.com*
Attorney for Plaintiff

**NOTICE OF SETTLEMENT**